UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No: 4:20CR00292-07 JM |
| ) | |
| ) | |
| KEITH PATTERSON ) | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT AS TO DEFENDANT KEITH PATTERSON

The United States of America, through Jonathan D. Ross, Acting United States Attorney for the Eastern District of Arkansas, and Stacy R. Williams, Assistant United States Attorney for said district, for its Motion states as follows:

On November 10, 2020, the defendant died; therefore, the United States moves to dismiss him from the Indictment.

Respectfully submitted,

JONATHAN D. ROSS
Acting United States Attorney

STACY R. WILLIAMS
Bar No. AR2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600
Stacy.Williams@usdoj.gov