**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA

PLAINTIFF

v.                            No. 4:20-cr-00292-JM-07

KEITH PATTERSON                                      DEFENDANT

## <u>ORDER</u>

The United States has filed a motion to dismiss the Indictment against Defendant Keith Patterson. (Doc. No. 79) The motion is GRANTED. The Indictment against Keith Patterson is hereby dismissed.

IT IS SO ORDERED this 5th day of February, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE